

# Fourth Court of Appeals
## San Antonio, Texas

July 8, 2015

No. 04-15-00385-CR

Raymond **ZAPATA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR6346
Honorable Steve Hilbig, Judge Presiding

## O R D E R

A Trial Court's Certification of Defendant's Right of Appeal has been filed in this appeal in which the trial court judge certifies that the underlying criminal case "is a plea-bargain case, and the defendant has NO right of appeal." It is therefore ORDERED that the trial court clerk electronically file a clerk's record, no later than July 17, 2015, containing the following documents:

1. All pre-trial orders and the related pre-trial motions;

2. The Court Admonishments, the Waiver, Consent to Stipulation of Testimony and Stipulations, and all other documents relating to the defendant's plea bargain;

3. The judgment;

4. All post-judgment motions and orders;

5. The notice of appeal;

6. The Trial Court's Certification of Defendant's Right of Appeal; and

7. The criminal docket sheet.

The clerk of this court is ORDERED to send a copy of this order to the attorneys of record, the trial court clerk, and the court reporter(s) responsible for preparing the reporter's record in this appeal. All other appellate deadlines are suspended pending further order of this court.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court